IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA TYRONE LEWIS,<br><br>  Plaintiff,<br><br>  v.<br><br>P. GARCIA, et al.,<br><br>  Defendants. | No.  2:20-cv-00399-TLN-DMC<br><br>**ORDER** |

Plaintiff Daronta Tyrone Lewis ("Plaintiff"), a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 27, 2020, the magistrate judge filed findings and recommendations which were served on Plaintiff and which contained notice that Plaintiff may file objections within the time specified therein.  (ECF No. 6.)  No objections to the findings and recommendations have been filed.

Accordingly, the Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

/ / /

Although it appears from the file that Plaintiff's copy of the Findings and Recommendations was returned, Plaintiff was properly served. It is Plaintiff's responsibility to keep the Court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is deemed fully effective.

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed April 27, 2020 (ECF No. 6), are adopted in full;

2. This action is DISMISSED without prejudice for lack of prosecution and failure to comply with court rules and orders; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: June 15, 2020

Troy L. Nunley
United States District Judge