IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA TYRONE LEWIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P. GARCIA, et al.,<br><br>　　　　Defendants. | No.  2:20-CV-0399-TLN-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 47, for correction of the Court's prior order.  Good cause appearing therefor, Plaintiff's motion is granted insofar as the Court's August 17, 2022, order incorrectly referenced "D. Murphy" as a defendant to this action.  The caption above accurately reflects the parties to this action.

　　　　IT IS SO ORDERED.

Dated:  December 20, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1