# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA TYRONE LEWIS, | No. 2:20-CV-0399-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| P. GARCIA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 46, for issuance of a screening order. Good cause appearing therefor, Plaintiff's motion is granted, and the Court will at its earliest opportunity issue a separate screening order as required under the Prison Litigation Reform Act of 1996.

IT IS SO ORDERED.

Dated:  December 20, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1