# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

DARONTA TYRONE LEWIS,

    Plaintiff,

v.

P. GARCIA, et al.,

    Defendants.

No. 2:20-cv-0399-TLN-DMC

**ORDER**

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On January 23, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. (ECF No. 70.) Plaintiff filed objections to the findings and recommendations. (ECF No. 74.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed January 23, 2024 (ECF No. 70) are ADOPTED IN FULL;
2. Plaintiff's Motion for Injunctive Relief (ECF No. 55) is DENIED.
3. This matter is referred back to the Magistrate Judge for further pre-trial proceedings.

Date: March 8, 2024

_____
Troy L. Nunley
United States District Judge