**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARONTA TYRONE LEWIS,<br><br>                    Plaintiff,<br><br>         v.<br><br>P. GARCIA, et al.,<br><br>                    Defendants. | No.  2:20-CV-0399-TLN-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are the following, all filed after Plaintiff filed a second amended complaint on July 1, 2024, ECF No. 110: (1) Plaintiff's motion for leave to file additional pages to his second amended complaint, see ECF No. 114; (2) Plaintiff's pleading entitled "Second Amended Complaint," see ECF No. 115 (docketed as Plaintiff's third amended complaint); (3) Plaintiff's motion for an order directing service of the amended complaint at ECF No. 115, see ECF No. 113; (4) Plaintiff's motion for an order directing service of the amended pleadings at ECF Nos. 110 and 115, see ECF No. 116; and (5) Plaintiff's motion to correct his amended pleadings at ECF Nos. 110 and 115, see ECF No. 117.

/ / /

/ / /

/ / /

1

1         Pursuant to the Court's June 13, 2024, order, Plaintiff's amended pleading at ECF No. 110 was filed with leave. The amended pleading at ECF No. 115, however, was not. The Court will strike the amended complaint at ECF No. 115 as having been filed without leave of court. See, e.g., Hardin v. Wal-Mart Stores, Inc., 813 F. Supp. 2d 1167, 1181 (E.D. Cal. 2011) (striking fourth amended complaint: "If an amended pleading cannot be made as of right and is filed without leave of court or consent of the opposing party, the amended pleading is a nullity and without legal effect."); Sexton v. Spirit Airlines, Inc., Case No. 2:21-cv-00898-TLN-AC, 2022 WL 976914 (E.D. Cal. March 31, 2022) (striking amended complaint); Guthrie v. Hurwitz, Case No. 1:18-cv-00282-AWI-BAM, 2018 WL 4005261, at *1 (E.D. Cal. Aug. 20, 2018) (striking amended complaint).

Given that Plaintiff seeks to correct his filing at ECF No. 110 and given that the pleading at ECF No. 115 will be stricken, the Court will deny as moot Plaintiff's requests for service of the pleadings at ECF Nos. 110 and 115.

Finally, because pleadings must be complete in and of themselves without reference to prior pleadings, see Local Rule 220, the Court will grant Plaintiff's requests regarding filing additional pages and corrections in support of the second amended complaint at ECF No. 110, which is currently the operative pleading. Plaintiff will be provided leave to file a new second amended complaint. Plaintiff is cautioned that, if he does not file a new second amended complaint within the time permitted therefor, the action will proceed on the current second amended complaint at ECF No. 110 without further leave to correct or supplement.

///
///
///
///
///
///
///
///

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's amended complaint at ECF No. 115 is STRICKEN.

2. Plaintiff's motions at ECF Nos. 113 and 116 for an order directing service of Plaintiff's amended complaints at ECF Nos. 110 and 115 are DENIED as moot.

3. Plaintiff's motions at ECF Nos. 114 and 117 to correct his prior pleading are GRANTED.

4. Plaintiff may file a new second amended complaint, which is complete in and of itself and contains all of Plaintiff's allegations, within 30 days of the date of this order.

Dated: August 26, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE