IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA TYRONE LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>P. GARCIA, et al.,<br><br>Defendants. | No. 2:20-CV-0399-TLN-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an order that this matter proceed on the second amened complaint at ECF No. 110. See ECF No. 119.

Plaintiff filed a second amended complaint on July 1, 2024, pursuant to the Court's June 13, 2024, order. See ECF No. 110. On July 12, 2024, Plaintiff filed what was docketed as Plaintiff's third amended complaint, this time without leave of court. See ECF No 115. On August 5, 2024, Plaintiff filed a motion to correct his pleading at ECF No. 110. See ECF No. 117. On August 26, 2024, the Court issued an order striking the third amended complaint has having been improperly filed without leave of court. See ECF No. 119. The Court also granted Plaintiff's motion to correct his pleading and provided Plaintiff the opportunity of filing a new second amended complaint within 30 days. See id. In the currently pending motion, Plaintiff asks that action proceed on the July 1, 2024, second amended complaint. See ECF No. 119. On

September 3, 2024, Plaintiff filed "objections" to the August 26, 2024, order indicating that he does not feel the need to re-file his second amended complaint at ECF No. 110. The Court will grant Plaintiff's request that the action proceed on the July 1, 2024, second amended complaint at ECF No. 110 and by separate order will address the sufficiency of that pleading.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, ECF No. 119, is granted.

Dated: October 4, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE