IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARONTA TYRONE LEWIS,**<br><br>Plaintiff,<br><br>v.<br><br>**P. GARCIA, et al.,**<br><br>Defendants. | Case No. 2:20-cv-0399-TLN-DMC-P<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |

On October 16, 2025, Defendants requested an extension of time until December 4, 2025, to file a responsive pleading. See ECF No. 168. Good Cause appearing, Defendants request is **GRANTED**. Defendants have up to and including December 4, 2025, to file a responsive pleading.

Dated: October 20, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE