**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARONTA TYRONE LEWIS, | No.  2:20-CV-0399-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| P. GARCIA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendants' motion to withdraw their motion to revoke Plaintiff's in forma pauperis status, ECF No. 203.  Good cause appearing therefore, Defendants' motion will be granted.  Plaintiff's motions for sanctions against Defendants for filing a frivolous motion to revoke Plaintiff's in forma pauperis status, ECF Nos. 197 and 199, will be denied as moot.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.      Defendants' motion to withdraw their motion to revoke Plaintiff's in forma pauperis status, ECF No 203, is granted.

2.      The Clerk of the Court is directed to terminate Defendants' motion to revoke Plaintiff's in forma pauperis status, ECF No. 190, as a pending motion.

3.      Plaintiff's motions for sanctions, ECF Nos. 197 and 199, are denied as moot.

Dated:  February 9, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2