IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARONTA TYRONE LEWIS,

Plaintiff,

v.

P. GARCIA, et al.,

Defendants.

No.  2:20-CV-0399-TLN-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Addressed in this order are the following pending motions: (1) Plaintiff's motion for reconsideration, ECF No. 195; (2) Plaintiff's motion for leave to file a sur-reply, ECF No. 202; (3) Plaintiff's motion for judgment as a matter of law, ECF No. 207; (4) Defendants' motion to strike Plaintiff's motion for judgment as a matter of law, ECF No. 210; and (5) Plaintiff's motion for ruling, ECF No. 201.

Plaintiff's motion for reconsideration will be denied because Plaintiff does not identify an order of the Court as to which he seeks reconsideration.  Similarly, Plaintiff's motion for leave to file a sur-reply will be denied because Plaintiff does not identify any pending motion as to which he seeks further briefing.

/ / /

/ / /

1

Defendants' motion to strike Plaintiff's motion for judgment as a matter of law will be granted. Plaintiff's motion will be stricken as premature because this matter has not proceeded to trial on the merits. See Fed. R. Civ. P. 50.

Finally, Plaintiff's motion for ruling on pending motions will be granted insofar as the Court has now ruled on all motions pending as of December 22, 2025 – the date Plaintiff's motion for ruling was filed.

Accordingly, IT IS HEREBY ORDERED as follows:

1.    Plaintiff's motion for reconsideration, ECF No. 195, is denied.

2.    Plaintiff's motion for leave to file a sur-reply, ECF No. 202, is denied.

3.    Defendants' motion to strike, ECF No. 210, is granted and Plaintiff's motion for judgment as a matter of law, ECF No. 207, is stricken as premature.

4.    Plaintiff's motion for ruling, ECF No. 201, is granted insofar as the Court has ruled on all motions pending as of December 22, 2025.

Dated: February 9, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2