**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARONTA TYRONE LEWIS, | No.  2:20-CV-0399-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| P. GARCIA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Addressed in this order are the following pending motions related to service of process, Defendants' response to Plaintiff's amended complaint, and Plaintiff's requests for entry of default and default judgment: (1) Plaintiff's motion for a hearing to discover Defendants' full names for purposes of service of process, ECF No. 154; (2) Plaintiff's motion for judgment on the pleadings, ECF No. 155; (3) Plaintiff's motions for default judgment, ECF Nos. 163, 174, and 193; (4) Plaintiff's motion to compel Defendants to answer, ECF No. 166; (5) Defendants' motion to strike Plaintiff's motion to compel Defendants to answer, ECF No. 167; (6) Defendants motion to strike Plaintiff's request for judicial notice, ECF No. 173; (7) Plaintiff's request for a ruling on Defendants' motion to strike Plaintiff's request for judicial notice, ECF No. 192; (8) Plaintiff's request for acknowledgement of receipt of his request for entry of default, ECF No. 180; (9) Plaintiff's motion seeking ruling on his opposition to the Court's order granting

1

Defendants an extension of time to respond to the second amended complaint, ECF No. 181; (10) Plaintiff's motion for reconsideration of the Court's order granting Defendants an extension of time to respond to the second amended complaint, ECF No. 185; (11) Plaintiff's motion for ruling on his motions for default judgment, ECF No. 183 (12) Plaintiff's motions foe leave to file a reply to Defendants' answer, ECF Nos. 191, 202, and 206; and (13) Plaintiff's motion for ruling on his motion for leave to file a reply to Defendants' answer, ECF No. 212.

Plaintiff's motion for a hearing to discover the full names of Defendants for purposes of effecting service of process, ECF No. 154, will be denied as unnecessary because all Defendants for whom the Court has determined service to be appropriate have waived service and filed an answer to the operative second amended complaint. See ECF No 204. To the extent Plaintiff has appropriate grounds to initiate discovery about the details of Defendants' name or identity, Plaintiff may initiate timely and appropriate discovery in that regard at a later date.

Next, the Court turns to Plaintiff's motion for judgment on the pleadings. See ECF No. 155. Plaintiff states that the motion is filed in opposition to a pending motion by Defendants under Federal Rule of Civil Procedure 12(b)(6). See ECF No. 155. Plaintiff's motion will be denied as premature because, at the time it was filed, no Rule 12(b)(6) motion to answer had been filed.

Plaintiff has filed three motions for default judgment. See ECF Nos. 163, 174, and 193. Plaintiff has also filed a motion for an order compelling Defendants to file an answer. See ECF No. 166. Defendants move to strike this motion. See ECF No. 167. Plaintiff's motions for default judgment will be stricken as premature because the Clerk of the Court has not entered default as to any defendant and, at the time the motions were filed, the deadline for Defendants to answer had not yet expired. Plaintiff's motions for default judgment are also moot because Defendants filed an answer to the second amended complaint on December 23, 2025. See ECF No. 204. For the same reason, Plaintiff's motion to compel Defendants to file an answer has been rendered moot. To the extent the Court herein rules on Plaintiff's motions for default judgment, Plaintiff's motion for a ruling on those motions, ECF No. 183, will be granted.

/ / /

Next, Defendants have filed a motion to strike Plaintiff's filing at ECF No. 170. See ECF No. 173. Plaintiff has filed a motion for ruling on Defendants' motion. See ECF No. 192. Plaintiff's filing at ECF No. 170 is a request for judicial notice in support of his opposition to a pending Rule 12(b)(6) motion. Defendants' motion to strike this filing will be granted because no motion under Rule 12(b)(6) has been filed and, indeed, the docket reflects that Defendants have responded to the second amended complaint by way of an answer. See ECF No. 204. Plaintiff's motion for a ruling, ECF No. 192, as to Defendants' motion to strike will be granted to the extent the Court now rules on Defendants' motion.

Plaintiff has filed a motion seeking acknowledgement of the Court's receipt of his request for entry of default. See ECF No. 180. Plaintiff's motion will be granted insofar as the Court confirms that the docket reflects filing of his request for entry of default on November 5, 2025. See ECF No. 178. This request was properly declined by the Clerk of the Court because, at the time the request was filed, Defendants' response to the second amended complaint was not yet due. See ECF No. 184.

Next, the Court addresses Plaintiff's motions related to the Court's October 21, 2025, order granting an extension of time for Defendants to respond to Plaintiff's second amended complaint. First is Plaintiff's motion for a ruling on his opposition to an extension of time at ECF No. 177. See ECF No. 181. Second, is Plaintiff's motion for reconsideration of the October 21, 2025, order. See ECF No. 185. Both motions will be denied as having been rendered moot by the filing of Defendants' answer to the second amended complaint on December 23, 2025. See ECF No. 204.

Plaintiff has filed three motions for leave to file a reply to Defendants' answer. See ECF Nos. 191, 202, and 206. Also before the Court is Plaintiff's motion for ruling on the latest of these three motions. See ECF No. 212. Plaintiff's motion for ruling will be granted to the extent Plaintiff's motions will be denied because the Federal Rules of Civil Procedure do not contemplate a reply to an answer.

/ / /

/ / /

3

Accordingly, IT IS HEREBY ORDERED as follows:

1.     Plaintiff's motion for a hearing, ECF No. 154, is denied as unnecessary.

2.     Plaintiff's motion for judgment on the pleadings, ECF No. 155, is denied as having been prematurely filed.

3.     Plaintiff's motions for default judgment, ECF Nos. 163, 174, and 193, are stricken.

4.     Plaintiff's motion for ruling on his motions for default judgment, ECF No. 183, is granted insofar as the Court herein rules on those motions.

5.     Plaintiff's motion to compel Defendants to file an answer, ECF No. 166, is denied as moot.

6.     Defendants' motion to strike Plaintiff's motion to compel Defendants to file an answer, ECF No. 167, is denied as unnecessary.

7.     Defendants' motion to strike Plaintiff's request for judicial notice, ECF No. 173, is granted and Plaintiff's filing at ECF No. 170 is stricken.

8.     Plaintiff's motion for a ruling on Defendants' motion to strike, ECF No. 192, is granted to the extent the Court herein rules on Defendants' motion to strike.

9.     Plaintiff's motion for acknowledgement, ECF No. 180, is granted insofar at the Court confirms that Plaintiff's request for entry of default was filed on November 5, 2025, and properly declined by the Clerk of the Court.

10.     Plaintiff's motion for ruling on his objections to the Court's October 21, 2025, order granting an extension of time to respond to the second amended complaint, ECF No. 181, and motion for reconsideration of the October 21, 2025, order, ECF No. 185, are denied as moot.

11.     Plaintiff's motions for leave to file a reply to Defendants' answer, ECF Nos. 191, 202, and 206, are denied.

/ / /

/ / /

/ / /

4

12. Plaintiff's motion for ruling on his motion at ECF No. 206, ECF No. 212, is granted insofar as the Court herein denies Plaintiff's motion.

Dated:  February 9, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

5